AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Andrew A. Long
_____
Plaintiff

Robert George V. William Oettel
Mike Costello, Tom Baker, Francis Montee
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 0 7 - 6 1 4

I, Andrew A. Long 169067 declare that I am the (check appropriate box)

(•) • (Petitioner)/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    • (Yes)    • •No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration Sussex Work Release /SVOP Center

    **Inmate Identification Number (Required):** 169067

    Are you employed at the institution? NO    Do you receive any payment from the institution? NO

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months transactions_

2.  Are you currently employed?    • (Yes)    • •No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Just started on 10-1-07 Popeye's Rehoboth Del Route 1 Highway Rehoboth DE (382)
    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment    • • Yes    • (No)
    b.  Rent payments, interest or dividends    • • Yes    • (No)
    c.  Pensions, annuities or life insurance payments    • • Yes    • (No)
    d.  Disability or workers compensation payments    • • Yes    • (No)
    e.  Gifts or inheritances    • • Yes    • (No)
    f.  Any other sources    • • Yes    • (No)

    If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?    • • Yes    (•No) 

     If "Yes" state the total amount  $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
     valuable property?
                                                                  • • Yes    (•No) 

     If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute to their support, *OR* state *NONE* if applicable.

                         N/A



     I declare under penalty of perjury that the above information is true and correct.

_10-10-07_                    Andrew A. Long
DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

INMATE ACCOUNT STATEMENT

| ANDREW LONG | | 7-Jun-07 | |
|---|---|---|---|
| NAME | | SCCC ADMIT DATE | |

| 169067 | | | |
|---|---|---|---|
| SBI# | | DATE RELEASED | |

: 07 - 6 1 4

| DATE | DEPOSITS | Type of Deposit | DISBURSE MENT | Type of Disburs. | BALANCE |
|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | | $0.00 | | $0.00 |

**$0.00**
OPENING BALANCE
**$0.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**

| R/B | room/board owed from previous visits to SWRU |
|---|---|
| MED = | Visits to medical |
| TRANS = | transportation owed from previous visits |
| P2 = | Pay to's submitted thru business office |
| DG = | Dollar General/commissary |
| TRANSF | Transfers to Other Institutions |
| SP. COURT | Superior Court |

**TYPE OF DEPOSITS**

| M/O = | money orders received outside of institution |
|---|---|
| B/R = | booking and receivng |
| CK = | checks |
| CASH | |
| I / W = | inmate wages |

2007 OCT -5 PM 3: 50

CLERK US DISTRICT COURT
DISTRICT OF DELAWARE
FILED

VIOLATION OF PROBATION/SCCC

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: _Long,    Andrew    A._     SBI Number: _0016906 7_
　　　　　　　(Last)　　　(First)　　(M.I.)

Housing Unit: _SWR_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Andrew Long_                          _Jacquely A Petter_
Inmate Signature                        Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _10 - 1 - 07_.

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: _Long_        _Andrew_    _A._
                    (Last)            (First)      (M.I.)

SBI Number: _0016906 7_

Housing Unit: _S.W._

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _1 June_ , _2007_
through _Oct 1_ , _2007_ .

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _0_ .

Attachment

_[signature]_
Notary