(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) LONG Andrew Anthony 169067
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Warden Robert George
(2) Deputy Warden William OETTEL
(3) Staff Lt. Mike Costello
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 07 - 614 -

(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

(4) Name of fourth defendant: Tom Baker

Employed as Staff Lieutenant at Sussex Work Release

Mailing address with zip code: Sussex Community Corrections Center
23207 Dupont Blvd. Georgetown DE 19947

(5) Name of ~~fourth~~ fifth defendant: Francis Montae

Employed as Lieutenant at Sussex Work Release/ Svop Center

Mailing address with zip code: Sussex Communit Corrections Center
23207 Dupont Blvd. Georgetown, DE 19947

Continue from page 2

Additional Sheet Names of Defendant's
VS.

(4) Staff Lt. Tom Baker
(5) Lt. Franis Montae.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I put a grievance in the Box I wrote the warden and I sent one to Department of Corrections

2. What was the result? They didn't hear my grievance and it has been almost 3 months

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Robert George
Employed as Warden at Sussex Work Release/Svop Center
Mailing address with zip code: Sussex Community Corrections Center 23207 Dupont Blvd. Georgetown, DE 19947

(2) Name of second defendant: William Oettel
Employed as Deputy Warden at Sussex Work Release/Svop Center
Mailing address with zip code: Sussex Community Corrections Center 23207 Dupont Blvd. Georgetown, DE 19947

(3) Name of third defendant: Mike Costello
Employed as Staff Lieutenant at Svop Center
Mailing address with zip code: Sussex Community Corrections Center 23207 Dupont Blvd. Georgetown, DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

4. ON and about this date 8-05-07 I Andrew A. Long was housed at the SVOP Center that Staff Lieutant Costallo is in Charge of at the time My personal Picture's didn't get placed in my personal Box by his Staff

5. ON and about this date 8-11-07 I Andrew A. Long did write and filed a inmate grievance and put in the grievance Box located on the wall by Entrance by the dining hall at SWRU Lieutant Francis Montae is in Charge of the grievance hearings.

X.

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. ON and about this date 8-12-07 I Andrew A. Long did write Warden Robert George Concerning this matter about my personal picture's and my girlfriend also called Warden Robert George Concerning my Pictures.

2. ON and about this date 9- -07 I Andrew A. Long did recived a letter from Deputy Warden William Oettel Concerning my letter I wrote about my personal pictures

3. ON and about this date 8-16-07 I Andrew A. Long did talk with Staff Lt. Tom Baker Concerning my Picture's I also gave Staff Lt. Tom Baker a Copy of the letter from the mail room that he asked me Andrew A. Long for on this date 8-17-07

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensatory Me for my pictures I would like to be awarded for them

3

2. Punitive I would like to be awarded for this also

3. Discretionary I would like to be awarded for this also

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __Oct__, 2__007__.

_Andrew A. Long_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

From: Andrew A. Long Sr.
204 Burton Village
Rehoboth, Delaware 19971





ReadyPost.
Utility Mailer

To: Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801