IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDREW ANTHONY LONG            )
                               )
              Plaintiff,       )
                               )
      v.                       )  Civil Action No. 07-614-***
                               )
WARDEN ROBERT GEORGE,          )
DEPUTY WARDEN WILLIAM OETTEL,  )
STAFF LT. MIKE COSTELLO,       )
STAFF LT. TOM BAKER,           )
LT. FRANCIS MONTEE,            )
                               )
              Defendants.      )

**ORDER**

1.  The plaintiff Andrew Anthony Long, SBI #169067, a
pro se litigant who is presently incarcerated, has filed this
action pursuant to 42 U.S.C. § 1983 and has requested leave to
proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2.  Based on the plaintiff's submissions, his request
to proceed in forma pauperis is granted.  Pursuant to 28 U.S.C. §
1915(b), the plaintiff shall be assessed the filing fee of
$350.00.  The Court has determined that the **plaintiff has no
assets and no means to pay the initial partial filing fee,
nevertheless, any money the plaintiff later receives will be
collected in the manner described below.**

3.  The plaintiff shall, within thirty days from the
date this order is sent, complete and return to the Clerk of
Court, the attached authorization form allowing the agency having

custody of him to forward all payments required by 28 U.S.C. §
1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF
TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN
THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN
DISMISSAL OF THIS ACTION.**

4.  The plaintiff shall be required to make monthly
payments of 20 percent (20%) of the preceding month's income
credited to the plaintiff's prison trust account and absent
further order of the Court, the Warden or other appropriate
official at the Sussex Work Release Center & Violation of
Probation Center, or at any prison at which the plaintiff is or
may be incarcerated, shall forward payments from his account to
the Clerk of the Court each time the amount in the account
exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

5.  Pursuant to 28 U.S.C. § 1915(g), if plaintiff has
had three or more actions dismissed by the Court on the grounds
that they were frivolous, malicious, or failed to state a claim
upon which relief may be granted, the Court shall deny plaintiff
leave to proceed <u>in forma pauperis</u> all future suits filed without

2

prepayment of the filing fee, unless the Court determines that plaintiff is under imminent danger of serious physical injury.

DATED: *10/18/07*

United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDREW ANTHONY LONG                )
                                   )
                Plaintiff,         )
                                   )
        v.                         )    Civil Action No. 07-614-***
                                   )
WARDEN ROBERT GEORGE,              )
DEPUTY WARDEN WILLIAM OETTEL,      )
STAFF LT. MIKE COSTELLO,           )
STAFF LT. TOM BAKER,               )
LT. FRANCIS MONTEE,                )
                                   )
                Defendants.        )

**AUTHORIZATION**

I, Andrew Anthony Long, SBI # 169067 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff