IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW ANTHONY LONG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-614-*** |
| | ) |
| WARDEN ROBERT GEORGE, | ) |
| DEPUTY WARDEN WILLIAM OETTEL, | ) |
| STAFF LT. MIKE COSTELLO, | ) |
| STAFF LT. TOM BAKER, | ) |
| LT. FRANCIS MONTEE, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Andrew Anthony Long, SBI # 169067 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated __11/19__, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __10/22__, 2007.

_Andrew A. Long_
Signature of Plaintiff

