IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW ANTHONY LONG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-614-*** |
| | ) | |
| WARDEN ROBERT GEORGE, | ) | |
| DEPUTY WARDEN WILLIAM OETTEL, | ) | |
| STAFF LT. MIKE COSTELLO, | ) | |
| STAFF LT. TOM BAKER, | ) | |
| LT. FRANCIS MONTEE, | ) | |
| | ) | |
| Defendants. | ) | |

**AUTHORIZATION**

I, Andrew Anthony Long, SBI # 169067 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated __11-19-_____, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __10-02-_____, 2007.

F I L E D

NOV - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Andrew A. Long_
Signature of Plaintiff

Andrew A. Long
SBI # 169067
Sussex Community Correctional Center (SCCC)
23207 DuPont Boulevard
Georgetown, DE 19947

SM

WILMINGTON DE 197
06 NOV 2007 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox18
Wilmington, DE 19801-3570