07-614 GMS

12-03-07

Dear Honor Judge Thynge

I'm Andrew A. Long have filed A Civil Suit my case number 1:07-CV-614 you honor I received a letter on 11-27-07 the Chief Judge Stating that my case was dismissed because ~~frivolous~~ and for failure to State a Claim upon which relief my be Granted you Honor I was told by the law libary that I didn't have to State that until the courts ask me to you honor is there any paper work I could have to Appeal this dismiss because you honor I would like to Appeal this please because I was told something that wasn't so and would like to State my Claim on my pictures

Thank You you Honor
Andrew Long
169067

FILED
DEC 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Andrew A. Long
Sussex Community Correctional Center
23207 DuPont Boulevard
Georgetown, DE 19947

WILMINGTON DE 197
10 DEC 2007 PM 2 T

Judge Mary Pat Thynge
United State District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570